IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LA PLAYITA CICERO, INC. d/b/a SERENATA RESTAURANT & BAR, and GERARDO MEZA, ) ) ) ) | |
| Plaintiffs, ) | Case No. 11 CV 5561 |
| ) v. ) ) | |
| TOWN OF CICERO, a municipal corporation, ) ) ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:    Dana L. Kurtz
Heidi Karr Sleper
James Van Zant
Kurtz Law Offices, LLC
32 Blaine Street
Hinsdale, Illinois 60521

    PLEASE TAKE NOTICE that on July 10th, 2015, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Defendant Town's Answer to Supplemental Complaint with Counterclaim and Affirmative Defenses.**

                      */s/ Cynthia S. Grandfield*
                       Cynthia S. Grandfield

Cynthia S. Grandfield (#6277559)
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
(708) 222-7000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that she caused a copy of the foregoing Notice and the **Defendant Answer to Supplemental Complaint with Counterclaim and Affirmative Defenses** to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record identified above on July 10th, 2015.

                                              s/ Cynthia S. Grandfield
                                              One of the Attorneys for the Town of Cicero

Cynthia S. Grandfield (#6277559)
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
(708) 222-7000