IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LA PLAYITA CICERO, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 11 CV 1702 |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF CICERO, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LA PLAYITA CICERO, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 11 CV 5561 |
| v. | ) | |
| | ) | |
| TOWN OF CICERO, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS REVISED' CONSOLIDATED MOTION FOR SUMMARY
JUDGMENT AND MEMORANDUM IN SUPPORT PURSUAN TO FED. R. CIV. P. 56**

**TABLE OF CONTENTS**

I. Relevant Procedural History — 1-2

II. Relevant Citations and Complaints at Serenata Restaurant and Bar — 2-6

III. 11 CV 1702

    A. Individual Defendant Liability — 6-7

    B. Malicious Prosecution and IIED — 7-10

    C. No Punitive Damages Can Be Assessed Against the Town as a Matter of Law — 11

IV. April of 2009 Incident Not Actionable — 11

V. July 24th, 28th and 29th, 2009 Incidents Not Actionable — 12

| | | |
|---|---|---|
| *VI.* | Equal Protection Claim | 12-14 |
| | A. No Discriminatory Intent | 13 |
| | B. No Discriminatory Effect | 13-14 |
| | C. Claim with Respect to February of 2007 Amendment of Town Liquor Ordinance | 14 |
| *VII.* | First Amendment Retaliation | 14-17 |
| | A. Case No. 11 CV 5561 | 14-16 |
| | B. Case No. 11 CV 1702 | 16-17 |
| | C. Probable Cause as Defense to First Amendment Retaliation With Respect to October of 2009 Arrest for Battery – Cases No. 11 CV 1702 and 11 CV 5561 | 17 |
| VIII. | No Basis for "Widespread Pattern and Practice" <u>Monell</u> Liability for Town in Equal Protection or First Amendment Claims | 17-18 |