IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LA PLAYITA CICERO, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 11 CV 1702 |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF CICERO, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| LA PLAYITA CICERO, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 11 CV 5561 |
| v. | ) | |
| | ) | |
| TOWN OF CICERO, | ) | |
| | ) | |
| Defendant. | ) | |

## **TABLE OF AUTHORITIES**

**Cases**

Gossmeyer v. McDonald, 128 F.3d 481, 484 (7th Cir. 1997) ...................................................... 6

Black v. Lane, 22 F.3d 1395, 1401 (7th Cir. 1994) ...................................................................... 6

Starzenski v. City of Elkhart, 87 F.3d 872, 879 (7th Cir. 1996) .................................................. 6

Reichle v. Howards, 132 S. Ct. 2088, 2094 (2013) ..................................................................... 6

Swick v. Liataud, 169 Ill.2d 504, 512, 662 N.E.2d 138, 142 ...................................................... 7

Woods v. City of Chicago, 234 F.3d 979, 996 (7th Cir. 2000) .................................................... 7

Anderer v. Jones, 385 F.3d 1043, 1049-1050 (7th Cir. 2004) ..................................................... 7

Grimm v. Churchill, 932 F.2d 674, 675 (7th Cir. 1991) .............................................................. 7

Gramenos v. Jewel Companies, Inc., 797 F.2d 432, 439 (7th Cir. 1986) ................................... 7

Joiner v. Benton Cmty. Bank, 82 Ill.2d 40, 411 N.E.2d 229, 232 (1980) .................................... 8

Cult Awareness Network v. Church of Scientology, Intl., 177 Ill.2d 267, 272-273, 685 N.E.2d 1347, 1352-1357 (1997) ..................................................................................................................8

Turner v. City of Chicago, 91 Ill. App.3d 931, 937, 415 N.E.2d 481, 487 (1980)...............................10

Feltmeier v. Feltmeier, 207 Ill.2d 263, 268-269, 798 N.E.2d 75, 80 (2003) ...........................................10

Welsh v. Commonwealth Edison Co., 306 Ill. App.3d 148, 156, 713 N.E.2d 679, 685 (1st Dist. 1999) ...............................................................................................................................................................10

McGrath v. Fahey, 126 Ill.2d 78, 86, 533 N.E.2d 806, 809-810 .............................................................10

Grey v. First National Bank of Chicago, 169 Ill. App.3d 936, 943 (1988) .............................................10

Newport v. Fact Concerts, Inc., 453 U.S.247 (1981)..................................................................................11

Robinson v. City of Harvey, 617 F.3d 915, 916 (7th Cir. 2010)................................................................11

Chavez v. Illinois State Police, 251 F.3d 612, 635-636 (7th Cir. 2001) ...............................................12-13

Didzerekis v. Stewart, 41 F. Supp.2d 840, 847-848 (N.D. Ill. 1999) ......................................................12

Nichols v. S. Ill. Univ.-Edwardsville, 510 F.3d 772, 781-782 (7th Cir. 2007) .........................................13

Rogers v. City of Chicago, 320 F.3d 748, 753 (7th Cir. 2003) ..................................................................13

Keri v. Bd. of Trustees of Purdue Univ., 458 F.3d 620, 645 (7th Cir. 2006) ...........................................13

Spath v. Hayes Wheels Int'l Indiana, Inc., 211 F.3d 392, 397 (7th Cir. 2000) .......................................13

Mitchell v. Toledo Hosp., 964 F.2d 577, 583 (7th Cir. 1992) ...................................................................13

Radue v. Kimberly Clark, 219 F.3d 612, 617 (7th Cir. 2000)....................................................................13

Swearingen-El v. Cook County Sheriff's Dept., 602 F.3d 852, 861 (7th Cir. 2010)...............................13

Humphries v. CBOCS West, Inc., 474 F.3d 387, 404-405 (7th Cir. 2007) .............................................13

McDonald v. Village of Winnetka, 371 F.3d 992, 1006 (7th Cir. 2004)..................................................14

Massey v. Johnson, 457 F.3d 711, 717 (7th Cir. 2006) .............................................................................14

Stone v. City of Indy Pub. Utils. Div., 281 F.3d 640, 643-644 (7th Cir. 2002) ......................................14

Williams v. Seniff, 342 F.3d 774, 782 (7th Cir. 2003) ...............................................................................14

McClure v. Cywinski, 686 F.2d 541, 548 (7th Cir. 1982).....................................................................14-15

Christensen v. County of Boone, Ill., 483 F.3d 454 (7th Cir. 2007) ...................................................16-17

Roberts v. United States Jayceess, 468 U.S. 609 (1984) ...........................................................................16

Hartman v. Moore, 547 U.S. 250, 261 (2006)............................................................................................17

Webb v. Lanton, 2010 WL 2102416 at *5 (N.D. Ill. May 18th, 2010) .................................17

Thayer v. Chiczewski, 2010 WL 1336537 at *7 (N.D. Ill. March 7th, 2010) .......................17

Williams v. City of Carl Junction, Missouri, 480 F.3d 871, 876 (8th Cir. 2007) ..................17

Barnes v. Wright, 449 F.3d 709 (6th Cir. 2006) ..................................................................17

Pembaur v. City of Cincinnati, 475 U.S. 469, 479-480 (1986) ............................................17

Thomas v. Cook County Sheriff's Dept., 604 F.3d 293, 303 (7th Cir. 2010) ........................18

Phelan v. Cook County, 463 F.3d 773, 790 (7th Cir. 2006) .................................................18

Cosby v. Ward, 843 F.2d 967, 983 (7th Cir. 1988) ...............................................................18

Gable v. City of Chicago, 296 F.3d 531, 538 (7th Cir. 2002) ...............................................18

Golemine, Inc. v. Merrillville, 2011 U.S. Dist. LEXIS 15166, *20-21, Case No. 08 CV 145 (Rodovich, N.D. Ind. 02/14/2011) ......................................................................................18

Strauss v. City of Chicago, 760 F.2d 765, 769 (7th Cir. 1985) .............................................18

Estate of Moreland v. Dieter, 395 F.3d 747, 760 (7th Cir. 2005) .........................................18

Palmer v. Marion County, 327 F.3d 588, 595 (7th Cir. 2003) .............................................18

**Statutes:**

235 ILCS 5/7-5 ................................................................................................................. 4-5

745 ILCS 10/2-102 .............................................................................................................11