# TABLE OF EXHIBITS TO CORRECTED DEFENDANTS' LR 56.1 STATEMENT OF MATERIAL AND UNDISPUTED FACTS

La Playita, Inc., et al. vs. the Town of Cicero, et al.
Case No. 11 cv 1702; 11 cv 5561

| Exhibit | General Exhibit Description |
|---|---|
| A | March 11th, 2014 Memorandum Opinion and Order |
| B | Dominick First Set of Ans. to Interr. p. 3, Ans. To Question 5 |
| C | Dembowski First Set of Ans. to Interr. p. 5, Ans. to 11 |
| D | Dembowski Dep. dtd. 08/05/2010 p. 135-136, 179 |
| E | Rocher Ans. to First Set of Interr. p. 4, Ans. to Question 8; p.5, Ans.to Question 12 |
| F | Dep. of Polk p. 26-27, 80, 83-84, 92, 117, 151-152, 155-157, 187 |
| G | Citations for May of 2006 (TOC.02975-.02978 [Notice of Hearing dtd. 07/10/2006]; TOC.02979-.02986 [Motion for Closure of Premises]; TOC.02974 [Closure of Premises], specifically TOC.02975-.02976 ¶ 3-8 describing incidents). Town of Cicero Liquor License Complaint Case No. 06C-LLC-09 |
| H | 2006 Settlement Agreements |
| I | December 2006 citation (TOC.01428-.01433 [Motion for Closure of Premises]; TOC.01436 [7-day closure of premises from 12/31/2006 to 01/07/2007]; TOC.01453-.01455 [Notice of Hearing]) |
| J | Dembowski Dep. dtd. 07/20/2010 p. 27-29, 73 |
| K | 01/05/2007 Town Liq. Comm. Hearing Trans. p. 1-27 ([p. 1-2 showing hearing officer as Calabrese]; [p. 21-22, Town Attorney indicating that closure only applies to the serving of alcohol]) |
| L | Cook County Docket reflecting TRO granted on 01/05/2007 |
| M | 01/10/2007 Cook County hearing transcript (Serenata__003331-003389; specifically Serenata__03333-__003338 [inspection by Town structural engineer]; Serenata__003347-__00363 [inspection by Serenata structural engineer]; Serenata__003370-003373 [judge ordering 2nd floor to remain off limits]; Serenata__003372, lines 17-22 [order to include in no uncertain terms 2nd floor to remain off limits]; Serenata__003373, lines 6-20 [2nd floor off limits must remain part of order]) |
| N | November of 2006 and January of 2007 citations; TOC.1434 [7-day Closure of Premises from 02/05/2007 to 02/12/2007]. |
| O | 02/08/2007 Town Liq. Comm. Hearing Trans. p. 1-3 [indicating who was present], 14-17 [noting failure of Serenata or Serenata's counsel to appear] |
| P | Dembowski Aff. ¶ 3 |
| Q | Verified counterclaim ¶10-12 p. 7-8 |
| R | March of 2007 Citations TOC.001438.-.001442)[Motion for Closure]; TOC.01435 [7-day Closure of Premises from 04/09/2007 to 04/13/2007]; TOC.01453-.01455 [Notice of Hearing], TOC.01453-.01454 ¶ 3-7 |

1

| | |
|---|---|
| **S** | Serenata___003391 |
| **T** | TOC.01435 |
| **U** | Revocation (Serenata__005229-__005235 [Findings of Fact/Decision]; Serenata__005236-__005238 [Order of Revocation]) |
| **V** | Order dtd. 01/2008 (Serenata___000609-__000612), specifically Serenata___000610 3(a) [hearsay]; 4(b) [reliance on Town Attorney].) |
| **W** | January of 2008 citations (Serenata___000476-___000480 [Motion for Closure of Premises]; Serenata__000473-___000475 [Notice of Hearing]; Serenata__000478 [Order of Closure], specifically Serenata__000473-___000474 ¶ 3-4 describe incident) |
| **X** | Town Liq. Comm. Order of Suspension and Fine (Serenata__006461-___006470) |
| **Y** | Serenata__000478 |
| **Z** | 05/2008 Citation |
| **AA** | Town Liq. Comm. 07/2008 (Serenata__07011-__07013 [Order]; Serenata__07014-__07020 [Findings of Fact and Decision]) |
| **BB** | October of 2008 citation (Serenata__007048-___007050 [Notice of Hearing]; Serenata__007061-___007063 [Order of Suspension of Penalty]; Serenata___007064-__007067 [Findings of Fact and Decision], specifically Serenata__007048-__007049 ¶ 3-4 describes incident) |
| **CC** | 01/28/2009 Dismissal Order (p. 1 ¶ 3, 2. ¶ 4-6) |
| **DD** | Affidavit of Meza dtd. 12/27/2010 ¶ 37, p. 5 |
| **EE** | 07/24/2009 citation (Serenata__007104-__007105 [Notice of Hearing], specifically Serenata__007104 ¶ 3-4 describes incident) |
| **FF** | Settlement Agreement (p. 1[intro clauses describe violations]; ¶1 [fine]; p. 2 ¶3 [suspension], ¶4 [admission of facts], ¶5 [release of all claims]. |
| **GG** | Witness Statements of Kennedy (p. 9-11), Irazoque (p. 6-7), and Smith (p. 12-13) in October of 2009 |
| **HH** | 05/2010 Criminal Trial Trans. p. 11-14 (Kennedy); 49-50 (Smith), and 72-74, 76 (Irazoque) |
| **II** | 09/2010 Criminal Trial Trans. |
| **JJ** | 10/28/2010 Criminal Trial Trans. |
| **KK** | Report of Dr. Marshall p. 4-5, 7-8 [filed under seal] |
| **LL** | Deposition Trans. of Meza p. 64, 79-80 |
| **MM** | ElDia___002490 |
| **NN** | Meza Ans. to Interr. No. 2-4, p. 2-5 |