UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

La Playita Cicero, Inc., et al.
          Plaintiff,

v.                  Case No.: 1:11−cv−05561
                  Honorable John Z. Lee

Town of Cicero
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 5, 2016:

  MINUTE entry before the Honorable John Z. Lee: Defendants' motion with respect to various pending matters prior to pre−trial filings [99] is granted in part and denied in part. (1) Daubert motions are due by 7/1/16; response due by 7/29/16; reply due by 8/12/16; ruling will be by mail. (2) Defendants' expert, Dr. Alan Jaffe, is directed to provide the "Raw Data" patient information to Ms. Grandfield; Ms. Grandfield should provide a copy of these documents to Ms. Kurtz. (3) Plaintiff Meza is ordered to provide a copy of his requested tax returns to Defendants within 21 days of this order. The remainder of the motion is denied. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.